# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **Five Iron Golf NYC LLC** and/or related/affiliated entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Tadea Mikhail Miles

Full Legal Name (Print)

Signed by:

D0DEAA13278F48F...

Signature

6/8/2026

Date

## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **Five Iron Golf NYC LLC** and/or related/affiliated entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

TIANA SHANYGNE BARRETT

Full Legal Name (Print)

DocuSigned by:

B794F02C1C794F0...

Signature

6/8/2026

Date