# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

July 14, 2026

***Via ECF***

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:    **Tiana Barrett et al. v. The Range NYC LLC, d/b/a Five Iron Golf et al.**
       **Case No. 1:26-cv-5004**

Dear Judge Abrams:

   Our office represents the Defendants The Range NYC LLC, d/b/a Five Iron Golf, Five Iron Golf NYC LLC d/b/a Five Iron Golf, Five Iron Golf Fidi LLC, Five Iron Golf Flatiron, LLC, Five Iron Golf Franchising LLC, Five Iron Golf LIC LLC, Five Iron Golf Rock LLC, Five Iron Golf Seaport LLC, and Five Iron Golf Tribeca LLC (collectively, "Defendants") in the above-captioned matter. We write to respectfully request an extension of the deadline for the Defendants to answer move, or otherwise respond to the Complaint from July 15, 2026 to September 15, 2026. The Parties have agreed to this date. This is the Parties' first request for an extension of time and impacts no other deadlines or scheduled dates.

   We appreciate Your Honor's attention to this request.

         Respectfully yours,

         JACKSON LEWIS P.C.

         /s/ Shannon D. Azzaro

         Shannon D. Azzaro

cc:  All Counsel of Record (via ECF)